UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.:  19-01058
Chapter 7

Christopher Steven King
Melissa Renee King

_____ Debtor(s) _____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2019, a true and correct copy of Order Approving Application to Employ/Retain BK Global Services as Real Estate Agent Doc [14] has been furnished via:

*CM/ECF to:*

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL  32801

*US Mail to:*

Christopher Steven King, Melissa Renee King, 3072 FOXHILL CIR, APT. 104, APOPKA, FL 32703;

Dean A Reed, Law Office of Dean A Reed PA, Post Office Box 520605, Longwood, FL 32752

/s/Arvind Mahendru, Trustee
Arvind Mahendru, Trustee
5703 Red Bug Lake Road, #284
Winter Springs, FL 32708
407-504-2462